UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIERCE, INC, | CASE NO. C18-1449-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FRANKLIN COVEY CO., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Stipulated Motion and Proposed Order Regarding Additional Briefing. (Dkt. No. 44.) In this filing, Franklin Covey indicates that it will no longer use the www.fierceloyalty.com domain name and has removed most of the remaining disputed references to Fierce Loyalty. While this filing indicates that Fierce Inc. intends to withdraw its pending Motion for a Preliminary Injunction such that "further briefing should be unnecessary," it does not provide the Court with any guidance with respect to the other outstanding motions, including the Motion to Dismiss (Dkt.

No. 9) and the Motion for Relief From Deadline (Dkt. No. 40). To the extent that the parties intend to seek rulings on these outstanding motions, they will need to submit further briefing to advise the Court as to which claims remain and which claims have been resolved.

Accordingly, the Court hereby VACATES the deadlines set forth in its Order Requesting Additional Briefing. (Dkt. No. 42.) The parties are ORDERED to file a joint statement indicating how they intend to proceed, due on March 22, 2019. The joint statement shall be limited to ten (10) pages.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 19, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk