# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FIERCE, INC, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN COVEY CO, <br><br> Defendant. | CASE NO. C18-1449-MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the Joint Statement Regarding Outstanding Motions and Claims. (Dkt. No. 46.) Because the parties have indicated that they are working to resolve the case, the Court will postpone its ruling on the pending Motion to Dismiss and Motion for Relief from Deadline for ten days. Unless the Court is notified of resolution, an order on these motions will issue on April 5, 2019.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed March 25, 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk